# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAHJIT SINGH,<br>        Plaintiff,<br><br>    v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>        Defendant | )<br>)<br>)<br>)<br>) Case No.: 2:11-cv-1380-SD<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Ross S. Enders                                      /S/ Craig Thor Kimmel
Ross S. Enders, Esquire                            Craig Thor Kimmel, Esquire
Attorney ID: 89840                                   Attorney ID: 57100
Attorney for Defendant                            Attorney for the Plaintiff


Date: September 1, 2011                         Date: September 1, 2011


BY THE COURT:

_____
                                                                                J.