UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAHJIT SINGH,
    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant

Case No.: 2:11-cv-1380-SD

FILED
SEP -1 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Ross S. Enders
Ross S. Enders, Esquire
Attorney ID: 89840
Attorney for Defendant

Date: September 1, 2011

/S/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Attorney for the Plaintiff

Date: September 1, 2011

BY THE COURT:

R. BARCLAY SURRICK J.
9/1/11